**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6513**

_____

CARL EDWARD WILEY,

              Plaintiff - Appellant,

        v.

BUNCOMBE COUNTY; VAN DUNCAN, Individually and official
capacities and Buncombe County Detention Facility; K.
HANSEN, Individually and official capacities,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Robert J. Conrad,
Jr., Chief District Judge.  (1:10-cv-00181-RJC)

_____

Submitted:  June 21, 2012            Decided:  June 26, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carl Edward Wiley, Appellant Pro Se.  Curtis William Euler,
BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina;
David John Adinolfi, II, Special Deputy Attorney General,
Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Edward Wiley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Wiley's motion for appointment of counsel and his motion for application for appearance of counsel form, bar admission, and ECF registration form, and affirm for the reasons stated by the district court. Wiley v. Buncombe Cnty., No. 1:10-cv-00181-RJC (W.D.N.C. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED